# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALPHA MODUS, CORP., | § | |
| *Plaintiff*, | § § § | |
| v. | § | CASE NO. 2:25-CV-00923-JRG-RSP |
| THE KROGER CO., | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6), or, in the Alternative, Fed. R. Civ. P. 12(e). **Dkt. No. 13**. Plaintiff has since filed an Amended Complaint ("FAC"). Dkt. No. 21. The FAC does not reference the original and adds factual allegations. *Id.* Accordingly, the Court finds that the Motion should be and hereby is **DENIED AS MOOT**.

**SIGNED this 10th day of November, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE