**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA MODUS CORP.,<br>*Plaintiff*,<br>v.<br>THE KROGER CO.,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00923-JRG-RSP<br>(Lead Case) |

**ORDER**

Defendant Creative Realities, Inc., filed a Rule 12(b)(3) Motion to Dismiss or in the Alternative Transfer to the Northern District of Minnesota Pursuant to 28 U.S.C. § 1406(a). (Dkt. No. 23.) Magistrate Judge Payne recommended the Court deny the motion. (R. & R., Dkt. No. 53.) He also recommended denying as moot Dkt. No. 10 in member case No. 2:25-CV-00931-JRG-RSP, which is an identical motion filed after the Court's Consolidation Order. (*Id.* at 6.) Defendant has filed Objections. (Dkt. No. 59.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes the Objections fail to show the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections, **ADOPTS** the Report and Recommendation, and **DENIES** the Motion (Dkt. No. 23). In addition, Dkt. No. 10 in member case No. 2:25-CV-00931-JRG-RSP is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 29th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE