**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA MODUS CORP., *Plaintiff*, v. THE KROGER CO., *Defendant*. | §§§§§§§§ | CASE NO. 2:25-CV-00923-JRG-RSP (Lead Case) |

**ORDER**

Defendant The Kroger Co. filed a Motion to Dismiss Plaintiff's Amended Complaint Under Fed. R. Civ. P. 12(b)(6) or, in the Alternative, for a More Definite Statement Under Fed. R. Civ. P. 12(e). (Dkt. No. 37.) Magistrate Judge Payne recommended the Court deny the motion. (R. & R., Dkt. No. 54.) Defendant has filed Objections. (Dkt. No. 58.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes the Objections fail to show the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections, **ADOPTS** the Report and Recommendation, and **DENIES** the Motion to Dismiss (Dkt. No. 37).

**So ORDERED and SIGNED this 29th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE