# EXHIBIT C

eyeQ

***Innovative Retail Analytics***

TVL TEXASVENTURELABS
THE UNIVERSITY OF TEXAS AT AUSTIN

**Notes**

Good evening.  I'm Michael Garel, and I am here with my colleague, Harish Jayakumar.  We are eyeQ.

# Market Problem



eyeQ

## Notes

This is Rob. Rob is lost. Rob is in the market to purchase a drill. Rob visits his local Home Depot and heads over to the tool section, aisle 12. There, Rob first picks up and reviews a Ryobi drill, then a Dewalt. Rob takes his phone out of his pocket, opens the amazon.com app where he can view research, reviews, price, and the buy-it-now button. Rob says “looks good to me” pushes the buy-it-now button, puts the phone back in his pocket and walks out of the store. HD let Rob walk out empty handed after examining product that they financed!

This is a huge and growing problem for the brick-and-mortar retailer.

Today, approximately 140 million Americans purchase online, and that number will grow 21% to 170 million by 2015.

Mobile price comparison app developer “The Find” reported an average of 20 million price searches per month last year. These are consumers standing in a retail store using their mobile phone to find information, price, and purchase online.

Amazon.com’s revenues increased by 46% last fiscal year. Consumer spending is flat. Where did the revenue increase come from? Money that should have been spent in brick-and-mortar. Imagine the pain brick-and-mortar retailers are facing.

Brick and mortar retailers need to figure out better methods to stop online retailers from hijacking their sales! eyeQ is here to capture back sales being lost to online retailers and ultimately make more money for brick-and-mortar retailers.

Here are a few examples of how retailers today are capturing data to drive increased in-store sales.

--------------------
In 2011, mobile phone retail sales grew from $3.4 billion to $8 billion. 63% of shoppers with smartphones have installed some type of shopping application. Mobile price comparison apps, such as RedLaser reported an increase in installations 6 million to 16 million this past year. TheFind says it’s mobile app averages 20 million price checks per month, up from 15 million last year. A May survey from AlixPartners found that 40% of consumers searched for a lower price using an in-store price comparison app

and purchased the item online.

# How is Data Capture Done Today?










eyeQ

## Notes

How is this done today

Focus groups, notoriously inaccurate in predictions.  2 loudmouths.

Traffic counting.  Fundamental, crude.. No good data

Mapping – where traffic goes, but don't know what they are doing while they are standing there.

POS – data captured after the fact.

-------------------

So, what are some methods that retailers can use to capture consumer purchasing behavior today.

First is focus groups.  Here, retailers would gather individuals in a sterile environment and physically monitor how they behave.  Pretty archaic.

Second, is using either a camera, laser, or ultrasonic device to measure foot traffic in and out of stores.  At the National Retail Federation tradeshow two weeks ago, I spoke with nine companies whose sole product is a traffic counting device, and retailers spend a lot of money on this limited amount of data.

Third is the use of cameras or ultrasonic devices to measure traffic flow and generate heat maps, like what is shown here.  These products provide information on consumer behavior at a high level, not at a product level.

Finally, the standard point-of-sale data.  Though retailers have a lot of point-of-sale data, the accuracy of this data is limited by the fact that the customer has already made their decision by the time they get to the register.

# Case Studies










## Notes

Let me give you some case studies.

DSW, number 2 shoe retailer in the us, took the online concept of tracking purchasing history and utilized it for their retail shoppers and increased sales revenues by 8~10%

Bass Pro Shops, created the equivalent of an electronic shopping cart and went from design to implementation in less than 1 year.

Walmart, with their smart network, endcap program mimicking an online shopping experience. Where they implemented, they have published product sales increase of 100%

Story: Bringing electronic shopping to the brick-and-mortar

------------------------------

Though retailers have had the data and ability to analyze consumer purchasing information for year, few have actually taken advantage of it. I would like to highlight a few major retailers who have recently decided to start analyzing consumer purchasing behavior.

DSW, Designer Shoe Warehouse, this past year invested $25 million a Strategic Analytics Project, to understand the consumer purchasing behavior of their 18 million rewards member. DSW now has a database of consumer purchasing patterns, and has correlated that back to an increase in revenue of 8~10%. Note, that this project only uses point-of-sale data, after the customers decision has been made.

Bass Pro Shops, ran an analytics project this past year called Fusion. The goal of Fusion was to create an analytics system to provide data to their marketing team fast. Fusion uses point-of-sale data to evaulate market basket sizes, product attachment, frequency of shopping, and customer proximity to the store. Bass Pro Shops went from proof of concept to pilot in 4 months, and full deployment in 1 year.

Finally, Walmart.. Walmart has a product called the smart network, which utilizes digital signage on product endcaps. Here we see, Sally looking to buy detergent with a digital advertisement running in the background. Walmart has published data that shows a 100% lift in sales when running a digital in-store advertisement. 100% lift! Incredible!

# Market Size & Growth




**Size: $17 Billion**

**Growth: 8.0% Y/Y**

(Sources: Gartner, IDC, isupply.com)

## Notes

We identified a problem in the brick-and-mortar retail industry, so we wanted to find out how large the market was. Consumers spending 3.6 trillion, 8% marketing. After determining how much retailers are spending on consumer behavior the number is 17 billion, growing at 8%.

---------------------

In 2011, retail sales were 3.6 trillion. Of that sales number, retailers spend at least 8% of revenue on marketing, 3% not including labor. As our solution not only includes the business intelligence market, but also marketing, our total available market size is $28 billion (as of Dept. of Commerce numbers in 2009).

Currently retail sales revenues are following an 8% year over year growth and the BI market is experiencing a 13.4% Y/Y growth. We expect our retail consumer behavior market to grow about 11% year over year.

# Market Validation

## 25 Industry Interviews

Need Identified: Understand and influence consumer purchasing behavior

## 62 Consumer Interviews

Need Identified: Provide "online" experience in-store

eyeQ

**Notes**

Additionally, in the latest installment of Motorola's annual Holiday Shopping Survey, 67% of surveyed shoppers reported heightened satisfaction with retailers where latest in-store technology was used to assist in their shopping experience.

# Retailer Interest

***"This information would be very, very valuable and provide a competitive advantage for The Home Depot"***

-Cara Kinzey
SVP IT at The Home Depot

***"I would expect to pay in the millions for a solution like this, with an 18% annual maintenance fee"***

-Craig Crandall
Chief Technology Architect at Costco

***" An automated tool to track and influence customer behavior in store would benefit organizations beyond marketing"***

-David Lerchbacher
Manager of Retail Analytics at The Sports Authority

eyeQ

**Notes**

Here are some of the results of our market validation. Story about Cara Kinzey. After cold-calling the Home Depot, we were immediately transfered to the Sr. VP of IT. Capturing sales back from online retailers is a key initiative of the Home Depot.

-------------------

How did I get to know Cara? Gordy Erickson, the SVP merchandising at HD, after hearing our solution recognized the power behind eyeQ and said: "you really need to talk to Cara about this"

# The eyeQ Solution









**Monitor Consumer Purchase Behavior**

**Generate Business Intelligence**

**Influence At-Shelf Consumer Purchase**

# eyeQ *AtShelf*









**Dedicated Camera and Server**

**eyeQ Software**

eyeQ

## Notes

NEED TO MENTION FIRST TO MARKET and HUGE NEED FROM RETAILERS

Hardware is made up of of-the shelf components.
The software will be eyeQ's IP – this is all open source and is based of OpenCV (Open Source Computer Vision)
The intelligence is basically in processing the data after capture.
video analytics is used in object detection.

# *AtShelf* Prototype




### Notes

When the customer walks to the aisle we are capturing the consumer demographics

-The first product is a tracking vehicle
-The second is a basic stamp
- The third is a lego mindstrom

# *AtShelf* Digital Signage










| | DEWALT | RYOBI |
|---|---|---|
| Battery Type | Ni-Cad | Ni-Cad |
| Battery charge time (min.) | 60 | 60 |
| CSA Listed | Yes | No |
| Clutch Setting | 17 | 24 position clutch |
| Manufacturer Warranty | 90 Day Money Back Guarantee 1 Year Free Service Contract 3 Year Limited Warranty | 3 year warranty |
| Maximum speed (rpm) | 1500 | 1600 |
| Product Weight (lb.) | 10 | 7.8 |
| Returnable | 90-Day | 90-Day |
| UL Listed | N-No UL Code Rating | 1-UL Listed |
| Voltage (volts) | 18 V | 18 V |
| Rating | ★★★★★ | ★★★★ |
| Price | $99.00 | $79.00 |




eyeQ

# Reports


eyeQ AtShelf - The Home Depot
Product Category
18V Cordless Drill
Filter Range
Start Monday , January 16, 2012
End Monday , January 16, 2012
Update Report
Foot Traffic
% Conversion
Promotion
Customer Stops
Time At Shelf
AtShelf Dashboard
Customer Stops
Foot Traffic
% Conversion
9:00AM 10:00AM 11:00AM 12:00PM 1:00PM 2:00PM 3:00PM 4:00PM 5:00PM 6:00PM 7:00PM 8:00PM
Product First Pick Percentage
22% 38% 24% 16%
Product Final Selection Percentage
26% 42% 20% 12%
Dewalt DC970-K2
RIGID R86008K
Ryobi P850
Milwaukee 2601-22

# Sales Strategy

THE HOME DEPOT

Golfsmith

COSTCO WHOLESALE

TARGET

LOWE'S Home Improvement Warehouse

Fry's ELECTRONICS

BEST BUY

Office DEPOT

SPORTS AUTHORITY

Academy SPORTS+OUTDOORS

Bass Pro Shops

eyeQ

# Milestones


$40
$35
$30
$25
$20
$15
$10
$5
$0
($5)
US$ (millions)
2012
2013
2014
2015
2016
Raise $450,000
Initial Pilot Deployment
Raise $850,000
30 Stores
220 Stores
440 Stores
920 Stores
Equity In
Revenue
Net Cash Generated (Used)
Net Income

# Offering and Exit Strategy

**Q2 2012 Offering**

| Investment Need | Equity Offer | Post-Money Valuation |
|---|---|---|
| $450,000 | 25% | $1.8M |

**Exit Strategy**

**Acquisition Target**

IBM SAP ORACLE RETAIL sas

**Expected Valuation - $144 M in 5 years (2016)**

eyeQ

## Notes

Acquisition target for: Oracle, SAS, SAP, IBM

In November 2010, Oracle purchased retail software company Art Technology Group for $1 billion in cash, or 4 times expected revenue in 2011.

# Management Team



**Michael Garel** - CEO



**Harish Jayakumar** - CTO



**Dr. Rob Adams** - Advisor



**John Osborne** - Advisor

## Notes

No time on advisor backgrounds.

---------------

Our management team consists of technical industry veterans. I have over 13 years of experience developing analytical computing solutions for fortune 500 companies. My partner Harish has an extensive software and sales leadership history at Dell. We both expect to receive our MBA's from the University of Texas in May 2012.

Our advisory board consists of Dr. Rob Adams and John Osborne. Dr. Adams is on the faculty of the MBA program at the University of Texas at Austin, where he is also the Director of Texas Venture Labs. He's a former software executive, entrepreneur and institutional fund manager.

Mr. Osborne, a 27 year industry veteran, has a proven track record of creating effective branding and marketing campaigns and developing strategic alliances. As Executive VP, Marketing Sales and Services, at drkoop.com, John was responsible for defining, marketing, and selling customer analytical data generated using their website.

eyeQ

amazon.com

THE HOME DEPOT

eyeQ

**Notes**

Two major problems: retailers need more online capabilities. Consumers want a more online experience in store
eyeQ = amazon + HD

-----------------------

First to market with this technology. Retailers say they need a solution.

Rob, came into Home Depot to buy a drill. He purchased that drill from Amazon.com. Online retail spending is increasing at an alarming rate. eyeQ has developed an innovative solution to a huge brick-and-mortar retailer pain of losing sales to online retailers and other competitors. eyeQ's solution will increase brick and mortar retail sales by bringing the online retail analytics and experience into the brick-and-mortar retailer.

## Visit Us on The Web

www.retaileyeq.com

www.facebook.com/retaileyeq

www.twitter.com/retaileyeq

# Store Layout – New Golf Clubs



# Store Layout – New Golf Clubs






# Store Layout – New Tennis Racquets




eyeQ

# Cost Model

Total Golfsmith Arboretum cost for 14 *AtShelf* systems covering New Golf Clubs and Tennis Racquets:
**$58,931**

Annual Maintenance Fee for Golfsmith Arboretum:
**$10,080**

*Maintenance fee covers equipment warranty, software support and upgrades.

eyeQ

# Example ROI




## Calloway Diablo Octane

Current Daily Sales Quantity: 4
Unit Price: $199.99
Margin Assumption: 20%

Expected Uplift Using eyeQ *AtShelf*: 35%

**Payback Period: 3 months**
**3 Year ROI: 822%**

eyeQ